UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMARA WAREKA,

                    Plaintiff,

          – against –

PREVISE, LLC, SELFMADEME, INC., *and*
DOES 1–10

                    Defendants.

**ORDER**

23-cv-1963 (ER)

Ramos, D.J.:

The instant case was filed on March 7, 2023.  Doc. 1.  Selfmademe, Inc. was served on March 29, 2023, and its deadline to respond to the complaint was April 19, 2023.  Doc. 10. Despite the passage of that deadline, however, Wareka has not yet moved for default judgment. No affidavit of service has been filed for Previse, LLC.

The Court directs Wareka to file a status update by May 31, 2024 concerning the status of her claims, including whether she intends to move for default against Selfmademe, Inc. and whether she has served Previse, LLC.

It is SO ORDERED.

Dated:    May 10, 2024
              New York, New York

_____
              Edgardo Ramos, U.S.D.J.